IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERRY MEEKS,

                        Plaintiff,

    v.                                                  ORDER

"Attorney" MARY SCHOLLE,                      10-cv-184-wmc
"District Attorney" JAMES GRIFFIN
and STATE OF WISCONSIN,

                        Defendants.

---

      Plaintiff Jerry Meeks, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has filed a proposed complaint. In addition, he has submitted a copy of his six-month trust fund account statement and what appears to be five pages from a form for requesting leave to proceed *in forma pauperis*. From these submissions, I can construe plaintiff's complaint to include a request for leave to proceed *in forma pauperis*. Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint *in forma pauperis*, plaintiff will have to make an initial partial payment of the filing fee.

      From the trust fund account statement plaintiff has submitted, I calculate his initial partial payment to be $7.42. Also, he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $7.42 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may

first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff is assessed $7.42 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $7.42 on or before April 29, 2010. If, by April 29, 2010, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 7th day of April, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge